# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **AMANDA FRANCIS KINDER,** | Case No. 1:11CV00079 |
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,** | By: James P. Jones<br>United States District Judge |
| Defendant. | |

For the reasons stated in the opinion accompanying this final judgment, it is **ADJUDGED AND ORDERED** as follows:

1. The objections filed by the Commissioner of Social Security ("Commissioner") to the magistrate judge's report and recommendation are DENIED;

2. The magistrate judge's report and recommendation is ACCEPTED;

3. The motion for summary judgment by the Commissioner is DENIED;

4. The motion for summary judgment by the plaintiff is GRANTED;

– 2 –

5. The final decision of the Commissioner is VACATED, and the case is remanded for an award of benefits; and

6. The clerk is directed to close the case.

ENTER: October 11, 2012

/s/ JAMES P. JONES
United States District Judge